UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICHARD C. FOY,                             )
                                            )
                Plaintiff,                  )
                                            )       **JUDGMENT IN A CIVIL CASE**
v.                                          )       **CASE NO. 5:17-CV-80-D**
                                            )
UNITED STATES OF AMERICA,                   )
BARACK HUSSEIN OBAMA,, US                   )
DEPARTMENT OF JUSTICE, US                   )
FEDERAL COMMUNICATION                       )
COMMISSION,                                 )
                                            )
                Defendants.                 )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Foy's application to proceed in forma pauperis [D.E. 1] is GRANTED, and Foy's complaint is DISMISSED as frivolous. Foy's motions to appeal in forma pauperis [D.E. 9], for the court to issue its final order [D.E. 17], and for recusal [D.E. 18] are DISMISSED.

**This Judgment Filed and Entered on August 21, 2017, and Copies To:**

Richard C. Foy                              (Sent to 4424 Tetbury Place Raleigh, NC
                                            27613-4059 via US Mail)

DATE:                                       PETER A. MOORE, JR., CLERK

August 21, 2017                               (By)  /s/ Nicole Briggeman
                                                  Deputy Clerk